No. 5543.—Pueblo, apldo., *v.* Orellana, aplte.—C. D. Bayamón. Noviembre 10, 1934.

Apareciendo de la moción del Fiscal y certificación acompañada que el acusado cumplió la sentencia apelada, archívese el presente recurso.